# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.** a/s/o <u>STACIE & ALBERTO VELEZ</u>, <u>et</u> <u>al.</u>, Plaintiffs | : : : : | |
| | : | No. 1:13-cv-02559 |
| v. | : : | |
| **HEWLETT-PACKARD CO.**, Defendant/Third-Party Plaintiffs | : : : : | (Judge Kane) |
| v. | : : | |
| **SAMSUNG SDI CO., LTD.**, <u>et</u> <u>al.</u>, Third-Party Defendants | : : | |

------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.**, Plaintiff | : : | |
| | : | No. 1:14-cv-00559 |
| v. | : : | |
| **SAMSUNG SDI CO., LTD.**, <u>et</u> <u>al.</u>, Defendants | : : | (Judge Kane) |

## ORDER

**ACCORDINGLY**, on this 14th day of January 2015, **IT IS HEREBY ORDERED**

**THAT**:

      1.    Defendant Samsung SDI Co., Ltd.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) (No. 1:13-cv-02559, Doc. No. 31.) is **DENIED**;

      2.    The above-captioned cases are consolidated for all purposes.

      3.    The Clerk of Court is directed to consolidate the case docketed as Civil Action No. 1:14-cv-00559 into the case docketed as Civil Action No. 1:13-cv-02559.

      4.    The Clerk of Court is directed to close the case docketed as Civil Action

       1:14-cv-00559;

5. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:13-cv-02559; and

6. All case management deadlines are cancelled. The Court will hold a telephone conference to set new case management deadlines on January 28, 2015 at 10:00 a.m. Plaintiff's counsel shall initiate the conference call. The telephone number of the Court is 717-221-3990.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania