# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.** | : | |
| a/s/o **STACIE & ALBERTO VELEZ**, <u>et</u> <u>al.</u>, | : | |
|     Plaintiffs | : | No. 1:13-cv-02559 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **HEWLETT-PACKARD Co.**, <u>et</u> <u>al.</u>, | : | |
|     Defendants | : | |

## ORDER

**AND NOW** this 16th day of February, 2016, upon consideration of Defendant Samsung SDI Co., Ltd.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5), (Doc. No. 75), **IT IS HEREBY ORDERED THAT** the motion (Doc. No. 75) is **GRANTED,** and all claims asserted by Plaintiff Allstate Insurance Co. against Defendant Samsung SDI Co., Ltd. are **DISMISSED WITHOUT PREJUDICE.**

                                                        <u>S/ Yvette Kane</u>
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania